## Commonwealth *v.* DeSantis, Appellant.

Submitted November 11, 1974. Before WATKINS, P. J., JACOBS, HOFFMAN, CERCONE, PRICE, VAN DER VOORT, and SPAETH, JJ.

*James N. Falcon,* for appellant.

*Robert F. Hawk,* First Assistant District Attorney, and *John H. Brydon,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 31, 1975:

This is an appeal from the dismissal of appellant's petition under the Post Conviction Hearing Act (PCHA).[1] The only issue raised concerns the validity of

---

1. Act of Jan. 25, 1966, P.L. (1965) 1580, §§1 *et seq.*, 19 P.S. §§1180-1 *et seq.* (Supp. 1974-75).

the search warrant under which evidence used against appellant was seized. This issue was raised in post-trial motions, and was decided against appellant. There was no direct appeal from the judgment of sentence, although appellant concedes that he was advised not only of his right to appeal, but that he should appeal. This informed failure to appeal an issue decided below renders the claim raised here "finally litigated," PCHA §4(a)(1), 19 P.S. §1180-4(a)(1), and appellant is not eligible for relief under the Act. PCHA §3(d), 19 P.S. §1180-3(d).

Order affirmed.